RECEIVED
MAR 1 0 2021
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:20-cr-52 |
| | ) | |
| v. | ) | SUPERSEDING INDICTMENT |
| | ) | |
| AUSTIN MICHAEL KILER, | ) | T. 18 U.S.C. § 2261A(2)(B) |
| | ) | T. 18 U.S.C. § 2261(b)(5) |
| Defendant. | ) | T. 18 U.S.C. § 2261(b)(6) |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Cyberstalking)

Between on or about April 25, 2019, through and including on or about January 21, 2020, in the Southern District of Iowa, the defendant, AUSTIN MICHAEL KILER, with the intent to harass, intimidate, or place under surveillance with intent to harass or intimidate, another person, VICTIM, used any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any facility of interstate or foreign commerce to engage in a course of conduct that caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to that person, VICTIM. VICTIM obtained an Order of Protection on May 23, 2019 that was in effect until May 23, 2020.

1

This is a violation of Title 18, United States Code, Sections 2261A(2)(B), 2261(b)(5), and 2261(b)(6).

**A TRUE BILL.**

                                                                FOREPERSON

Richard D. Westphal
Acting United States Attorney

By: _____
Torrie J. Schneider
Assistant United States Attorney